UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SCOTT RAGO,**

    **Plaintiff,**

v.                                                     Case No. 8:24-cv-778-SDM-AAS

**USAA CASUALTY INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER

Defendant, USAA Casualty Insurance Company (USAA) moves to compel a Rule 35 physical examination of Plaintiff Scott Rago. (Doc. 18). This request is unopposed. (*Id.* at p. 4).

Rule 35(a) requires a party to file a motion demonstrating good cause and allows the court to enter an order for a physical or mental examination when a party's mental or physical condition "is in controversy." Fed. R. Civ. P. 35(a)(1). Mr. Rago sues USAA for injuries from a motor vehicle incident on December 3, 2022. Mr. Rago's physical condition in controversy and good cause exists for a physical examination.

Federal Rule of Civil Procedure 35(a) requires a party requesting to compel such an examination to specifying "the time, place, manner, conditions, and scope of the examination, as well as the person or persons

1

who will perform it." Fed. R. Civ. P. 35(a)(2). USAA's motion contains the requisite criteria.

Accordingly, USAA's amended motion to compel compulsory medical examination of Mr. Rago (Doc. 18) is **GRANTED**. Mr. Rago must appear at 603 7th Street South, Suite 450, St. Petersburg, FL 33701, on December 11, 2024, at 11:00 a.m. for an examination by Dr. Clinton B. Davis.

USAA's previously filed motion to compel compulsory medical examination of Mr. Rago (Doc. 15) is **DENIED as moot**.

**ORDERED** in Tampa, Florida on November 5, 2024.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge